IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GIOVANNI ALEXIS NAJARRO, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-262 |
| WARDEN, USP BEAUMONT | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Giovanni Alexis Najarro, Sr., an inmate confined at USP Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends denying the petition for writ of habeas corpus (docket entry no. 8).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 16th day of March, 2021.**

Michael J. Truncale
United States District Judge

---

[1] A copy of the Report and Recommendation was returned as undeliverable on March 9, 2021 (docket entry no. 9). An independent review of the BOP website confirms petitioner was released on November 30, 2020. *See* https://www.bop.gov/inmateloc/.